**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    YOLANDA BAKER                    Case No. 14-15169
                                             Chapter 13
            Debtor                            Judge A. Benjamin Goldgar
_____/

Potestivo & Associates, P.C.
Kenneth A. VanNorwick (P61707)
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Flagstar Bank, FSB
Our File No. C14-03800

Ernesto D. Borges
Attorney for Debtor
105 W. Madison Street, 23rd Floor
Chicago, IL 60602
(312) 853-0200
_____/

**OBJECTION TO CONFIRMATION**

     **NOW COMES** Flagstar Bank, FSB and its Principal, Successors, Heirs, and Assigns (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and for their Objection to the Confirmation of the Chapter 13 Bankruptcy Plan filed for Debtor Yolanda Baker (herein "Debtor") by her attorney Ernesto D. Borges state as follows:

    1.    The Debtor filed a Chapter 13 bankruptcy petition on April 23, 2014.

    2.    The Debtor also filed her Chapter 13 bankruptcy plan on April 23, 2014.

    3.    The current plan states the arrears for the real property located at 2708 Jacquelyn Ln., Waukegan, Illinois 60087 are in the amount of $25,000.00.

Flagstar Bank, FSB has a claim that will be filed with the arrearages in the amount of $26,338.90.

4. The current plan understates the amount of the ongoing monthly mortgage payment to be paid directly to Creditor as $1,474.00. The ongoing monthly mortgage payment is in the amount of $1,521.09.

**WHEREFORE**, Creditor respectfully requests that this Court deny confirmation of Debtors' bankruptcy plan, and in addition, creditor hereby requests and moves this court to enter an order dismissing this Bankruptcy case as the Debtor has not met the obligations set forth and has failed to propose a confirmable chapter 13 plan.

Dated: June 24, 2014                    */s/ Kenneth A. VanNorwick*
                                        Potestivo & Associates, P.C.
                                        Kenneth A. VanNorwick (P61707)
                                        223 W. Jackson Blvd., Suite 610
                                        Chicago, Illinois 60606
                                        Telephone: (312) 263-0003
                                        Main Fax: (312) 263-0002
                                        Cook County Firm ID #: 43932
                                        DuPage County Firm ID #: 223623
                                        Attorneys for Flagstar Bank, FSB
                                        Our File No. C14-03800